

# Office of the Attorney General
## State of Texas

**DAN MORALES**
ATTORNEY GENERAL

October 3, 1991

Honorable Allen Hightower
Chairman
Committee on Corrections
Texas House of Representatives
P.O. Box 2910
Austin, Texas 78768-2910

Opinion DM-45A

Re: Whether the amendment to article 42.18 of the Code of Criminal Procedure regarding the mandatory time that inmates must serve prior to eligibility for parole is retroactive (RQ-65)

Dear Representative Hightower:

Attorney General Opinion DM-45, issued on September 20, 1991, is hereby withdrawn.

Very truly yours,

Dan Morales

DAN MORALES
Attorney General of Texas